UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEINER INSURANCE TRUST II,

                Plaintiff,

v.

PRUCO LIFE INSURANCE COMPANY OF NEW JERSEY

                Defendant.

No.: 10-cv-0109(LAK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                         ) ss:
COUNTY OF NEW YORK )

       Lisa Newman, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and that I am employed in the office of Alston & Bird LLP, Attorneys for Defendant; that on January 7, 2010, I served a true copy of the *Notice of Removal, Individual Practices of Judge Lewis A. Kaplan, Individual Practices of Magistrate Judge Ronald L. Ellis and Electronic Case Filing Rules and Instructions* by regular mail in a sealed envelope, with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York, as indicated below:

    John Teitler, Esq.
    Alan Rabinowitz, Esq.
    TEITLER & TEITLER, LLP
    1114 Avenue of the Americas
    New York, New York 10036
    (212) 997-4400
    *Attorneys for Plaintiff*

                                             Lisa Newman

Sworn to before me this
8th day of January, 2010

_____
Notary Public

JEANNINE GRUDZIEN
Notary Public, State of New York
No. 01GR6178877
Qualified in New York County
Commission Expires December 10, 20 11

LEGAL02/31700273v1